IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | C05-3028 MWB |
| | ) ) | JUDGMENT IN A CIVIL CASE |
| TUTTLE ASPHALT AND PAVING, INC. | ) ) | |
| Defendant. | ) ) ) | |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED

That judgment shall enter in favor of the plaintiff and against the defendant in the amount of $10,616.00, plus interest at the rate of 6% per annum from July 30, 2001, to the date of entry of this judgment, plus interest at the legal rate pursuant to 28 U.S.C. § 1961(b) from the date of entry of this judgment.

DATED: 2/1/06

APPROVED BY:

_____
MARK W. BENNETT, CHIEF DISTRICT JUDGE
UNITED STATES DISTRICT COURT

Pridgen J. Watkins
Clerk

_____
(By) Deputy Clerk